IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; U.S. BANK, NA; AND FIRST AMERICAN TRUSTEE SERVING SOLUTIONS LLC,<br><br>　　　　　Defendants. | No. C 16-00627 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

　　　Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion.

Dated: March 25, 2016.

　　　　　　　　　　　　　　　　　　　　　_/s/ William Alsup_
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE