IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MARTINEZ,

    Plaintiff,

  v.

JPMORGAN CHASE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS LLC; U.S. BANK, N.A.,

    Defendants.

No. C 16-00627 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff David Martinez. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE